## Commonwealth ex rel. Bertolette, Appellant, *v.* Russell.

Submitted December 12, 1966. *George K. Bertolette, Jr.,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Gittlemacker, Appellant, *v.* Myers.

Submitted December 12, 1966. *Jack Gittlemacker,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.

## Commonwealth ex rel. Huginnie, Appellant, *v.* Maroney.

Submitted December 12, 1966. *William Huginnie,* appellant, in propria persona; *John F. O'Neil* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.